UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYNTHIA JAMES, Administrator of the Estate of Dem Reynolds, | : | |
| *Plaintiff*, | : | Case No. 3:18-cv-144(AWT) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *Defendant*. | : | March 2, 2020 |

## JOINT STATUS REPORT

Pursuant to the court's December 6, 2019 revised scheduling order (docket no. 29) and April 22, 2019 order (docket no. 27), the parties jointly submit this status report.

The parties have reached a settlement in principle and are in the process of negotiating the contents of a settlement agreement. The parties do not anticipate any obstacles to executing settlement papers in the near future.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| CYNTHIA JAMES | UNITED STATES OF AMERICA |
| By: /s/ James A. Lenes<br>James A. Lenes (ct10408)<br>Willinger, Willinger & Bucci, P.C.<br>855 Main Street, Fifth Floor<br>Bridgeport, CT 06604<br>T: 203-366-3939<br>F: 203-337-4588<br>jlenes@wwblaw.com | By:/s/ John W. Larson<br>John W. Larson (ct28797)<br>Assistant United States Attorney<br>District of Connecticut<br>450 Main Street, Room 328<br>Hartford, CT 06103<br>T: 860-947-1101<br>F: 860-760-7979<br>john.larson@usdoj.gov |