**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------- x
CYNTHIA JAMES,                  :
                                :
        Plaintiff,              :   Civil No. 3:18-cv-144(AWT)
                                :
            v.                  :
                                :
UNITED STATES OF AMERICA,       :
                                :
                                :
        Defendant.              :
------------------------------- x
```

**ORDER**

The parties have reported that this action has been settled in full. See ECF No. 30. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before July 29, 2021.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 29, 2021.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated this 29th day of March 2021, at Hartford, Connecticut.

                                              /s/AWT
                                    Alvin W. Thompson
                          United States District Judge